JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Debra Wilson, an individual, | Case No. 2:20-cv-02118-DSF-KS |
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL WITH PREJUDICE** |
| Ventura County Star, unknown California entity; Gannett Co., a Delaware corporation; Gannett Satellite Information Network, a Delaware limited liability company dba USA Today Network; and DOES 1 through 100, inclusive, | |
| Defendants. | |

## ORDER

Pursuant to the Parties' Stipulation of Dismissal with Prejudice. This case is DISMISSED with prejudice with the Court retaining jurisdiction to enforce the parties' settlement agreement; and any and all pending motions are hereby DENIED AS MOOT.

IT IS SO ORDERED:

  IT IS SO ORDERED.
 DATED: December 11, 2020

_____
Honorable Dale S. Fischer
UNITED STATES DISTRICT JUDGE

- 1 -